# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WENDY POTTER, Individually and on
Behalf of All Others Similarly Situated**                                                                 **PLAINTIFF**

vs.                                            No. 4:22-CV-787 BRW

**PRIORITY-1, INC.**                                                                                                   **DEFENDANT**

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant, Priority-1, Inc., by and through its attorneys Friday, Eldredge & Clark, LLC, and for its Answer to Plaintiff's Complaint states as follows:

1. The allegations contained in Paragraph 1 of Plaintiff's Complaint are jurisdictional in nature, and as such, require no response. Insofar, however, as they attempt to state a cause of action against Defendant, they are hereby denied.

2. The allegations contained in Paragraph 2 of Plaintiff's Complaint are jurisdictional in nature, and as such, require no response. Insofar, however, as they attempt to state a cause of action against Defendant, they are hereby denied.

3. The allegations contained in Paragraph 3 of Plaintiff's Complaint are jurisdictional in nature, and as such, require no response. Insofar, however, as they attempt to state a cause of action against Defendant, they are hereby denied.

4. The allegations contained in Paragraph 4 of Plaintiff's Complaint are jurisdictional in nature, and as such, require no response. Insofar, however, as they attempt to state a cause of action against Defendant, they are hereby denied.

5. The allegations contained in Paragraph 5 of Plaintiff's Complaint are jurisdictional in nature, and as such, require no response. Insofar, however, as they attempt to state a cause of action against Defendant, they are hereby denied.

FEC/46664.0002/9444155.1-9/26/22

6. Defendant admits the allegations contained in Paragraph 6.

7. Defendant admits the allegations contained in Paragraph 7.

8. Defendant admits the allegations contained in Paragraph 8.

9. Defendant admits the allegations contained in Paragraph 9.

10. Defendant admits the allegations contained in Paragraph 10.

11. Defendant admits the allegations contained in Paragraph 11.

12. The allegations in Paragraph 12 of the Complaint contain purported statements of law and/or legal conclusions to which no response is required. To the extent any response is required, Defendant denies the remaining allegations contained in Paragraph 12 of the Complaint.

13. Defendant admits the allegations contained in Paragraph 13.

14. Defendant admits the allegations contained in Paragraph 14.

15. Defendant admits the allegations contained in Paragraph 15.

16. Defendant admits the allegations contained in Paragraph 16.

17. Defendant denies the allegations contained in Paragraph 17.

18. Defendant denies the allegations contained in Paragraph 18.

19. Defendant denies the allegations contained in Paragraph 19.

20. Defendant denies the allegations contained in Paragraph 20.

21. Defendant denies the allegations contained in Paragraph 21.

22. Defendant denies the allegations contained in Paragraph 22.

23. Defendant denies the allegations contained in Paragraph 23.

24. Defendant denies the allegations contained in Paragraph 24.

25. Defendant admits the allegations contained in Paragraph 25.

26. Defendant denies the allegations contained in Paragraph 26.

27. The allegations in Paragraph 27 of the Complaint contain purported statements of law and/or legal conclusions to which no response is required. To the extent any response is required, Defendant denies the remaining allegations contained in Paragraph 27 of the Complaint.

28. The allegations in Paragraph 28 of the Complaint contain purported statements of law and/or legal conclusions to which no response is required. To the extent any response is required, Defendant denies the remaining allegations contained in Paragraph 28 of the Complaint.

29. Defendant denies the allegations contained in Paragraph 29.

30. Defendant denies the allegations contained in Paragraph 30.

31. Defendant denies the allegations contained in Paragraph 31.

32. Defendant denies the allegations contained in Paragraph 32.

33. Defendant denies the allegations contained in Paragraph 33.

34. The allegations contained in Paragraph 34 of Plaintiff's Complaint are jurisdictional in nature, and as such, require no response. Insofar, however, as they attempt to state a cause of action against Defendant, they are hereby denied.

35. Defendant denies the allegation contained in Paragraph 35.

36. Defendant admits the allegations contained in Paragraph 36.

37. The allegations in Paragraph 37 of the Complaint contain purported statements of law and/or legal conclusions to which no response is required. To the extent any response is required, Defendant denies the remaining allegations contained in Paragraph 37 of the Complaint.

38. Defendant denies the allegations contained in Paragraph 38, including subparagraphs A-E.

39. Defendant denies the allegations contained in Paragraph 39.

40. Defendant denies the allegations contained in Paragraph 40.

41. Defendant denies the allegations contained in Paragraph 41.

42. Defendant denies the allegations contained in Paragraph 42.

43. The allegations contained in Paragraph 43 of Plaintiff's Complaint are jurisdictional in nature, and as such, require no response. Insofar, however, as they attempt to state a cause of action against Defendant, they are hereby denied.

44. The allegations in Paragraph 44 of the Complaint contain purported statements of law and/or legal conclusions to which no response is required. To the extent any response is required, Defendant denies the remaining allegations contained in Paragraph 44 of the Complaint.

45. The allegations in Paragraph 45 of the Complaint contain purported statements of law and/or legal conclusions to which no response is required. To the extent any response is required, Defendant denies the remaining allegations contained in Paragraph 45 of the Complaint.

46. Defendant admits the allegations contained in Paragraph 46.

47. Defendant denies the allegations contained in Paragraph 47.

48. Defendant denies the allegations contained in Paragraph 48.

49. Defendant denies the allegations contained in Paragraph 49.

50. Defendant demoes the allegations contained in Paragraph 50.

51. Defendant denies the allegations contained in Paragraph 51.

52. Defendant denies the allegations contained in Paragraph 52.

53. The allegations contained in Paragraph 53 of Plaintiff's Complaint are jurisdictional in nature, and as such, require no response. Insofar, however, as they attempt to state a cause of action against Defendant, they are hereby denied.

FEC/46664.0002/9444155.1-9/26/22

54. The allegations in Paragraph 54 of the Complaint contain purported statements of law and/or legal conclusions to which no response is required. To the extent any response is required, Defendant denies the remaining allegations contained in Paragraph 54 of the Complaint.

55. The allegations in Paragraph 55 of the Complaint contain purported statements of law and/or legal conclusions to which no response is required. To the extent any response is required, Defendant denies the remaining allegations contained in Paragraph 55 of the Complaint.

56. Defendant admits the allegations contained in Paragraph 56.

57. Defendant denies the allegations contained in Paragraph 57.

58. Defendant denies the allegations contained in Paragraph 58.

59. Defendant denies the allegations contained in Paragraph 59.

60. Defendant denies the allegations contained in Paragraph 60.

61. Defendant denies the allegations contained in Paragraph 61.

62. Defendant denies the allegations contained in Paragraph 62.

63. Defendant denies the allegations contained in Paragraph 63.

64. The allegations contained in Paragraph 64 of Plaintiff's Complaint are jurisdictional in nature, and as such, require no response. Insofar, however, as they attempt to state a cause of action against Defendant, they are hereby denied.

65. The allegations in Paragraph 65 of the Complaint contain purported statements of law and/or legal conclusions to which no response is required. To the extent any response is required, Defendant denies the remaining allegations contained in Paragraph 65 of the Complaint.

66. The allegations in Paragraph 66 of the Complaint contain purported statements of law and/or legal conclusions to which no response is required. To the extent any response is required, Defendant denies the remaining allegations contained in Paragraph 66 of the Complaint.

67. Defendant admits the allegations contained in Paragraph 67.

68. Defendant denies the allegations contained in Paragraph 68.

69. Defendant denies the allegations contained in Paragraph 69.

70. Defendant denies the allegations contained in Paragraph 70.

71. Defendant denies the allegations contained in Paragraph 71.

72. Defendant denies that Plaintiff is entitled to any of the relief requested in the unnumbered "WHEREFORE" Paragraph, including subparagraphs A-F.

73. Defendant affirmatively states that Plaintiff's claims are or may be barred by the applicable statute(s) of limitations.

74. Defendant acted in good faith at all times and had reasonable grounds for believing their actions were in compliance with the Fair Labor Standards Act.

75. Without admitting liability for any acts or omissions alleged, Defendant affirmatively states that it is entitled to the defense(s) described in 29 USCS § 259, in that any acts or omissions complained of were undertaken or made in good faith, and/or in conformity with, and in reliance on, written administrative regulations, orders, ruling, or interpretations of the Administrator of the Wage and Hour Division of the Department of Labor.

76. Defendant further affirmatively states that the allegations in Plaintiff's Complaint are rendered moot by the payment by Defendant to Plaintiff and all other non-exempt employees of overtime premiums on any and all bonuses/commissions paid over the last three (3) years.

77. Defendant reserves the right to alter or amend this pleading upon further discovery.

78. Defendant demands a trial by jury on all claims triable by jury.

FEC/46664.0002/9444155.1-9/26/22

WHEREFORE, having fully answered, Defendant prays that Plaintiff's Complaint be dismissed with prejudice, that Plaintiffs take nothing thereon, and that the Court award Defendant its costs and attorneys' fees associated with the defense of the Plaintiff's claims and for all other just and proper relief.

    Respectfully submitted,

    Michael S. Moore (ABA# 82112)
    Friday, Eldredge & Clark, LLP
    2000 Regions Center
    400 West Capitol Avenue
    Little Rock, AR  72201-3493
    501-370-1526 - Telephone
    501-244-5348 - Fax